**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 03-2559

NICHOLAS DELAROSA,

Petitioner, Appellant,

v.

LYNN BISSONETTE; THOMAS F. REILLY, ATTORNEY GENERAL,

Respondents, Appellees.

**ERRATA**

On page 3, last paragraph, line 5, replace the phrase "in previous months;" with the phrase "in a previous month;".